**ORDERED.**

**Dated: November 20, 2009**



_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>KENNETH LEVIE AND<br>CYNTHIA LEVIE,<br>              Debtors | Chapter 13<br><br>Case No. 2:09-bk-14995<br><br>**ORDER OF DISMISSAL AND FOR PAYMENT OF ADMINISTRATIVE EXPENSES** |

      Upon consideration of the Debtor's Motion to Dismiss and Request for Payment of Administrative Expenses,

      IT IS ORDERED, as follows:

1. This case is hereby dismissed pursuant to 11 U.S.C. § 1307(b).

2. <u>Trustee's fees and costs</u>. Pursuant to 28 U.S.C. § 586(e), the Trustee shall receive such percentage fee from all payments and property received to date, but not to exceed ten percent (10%).

3. <u>Debtor's attorneys' fees</u>. The balance of Counsel for Debtor's attorney's fees, after Trustee's fees and costs described above, shall be distributed by the Trustee to Boates & Crump, PLLC.

                                DATED AND SIGNED ABOVE